AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>JAMES GOMES )<br>*Defendant* ) | Case No. 2:24-cr-00336 (ES) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 10/29/2024

s/ Chelsea R. Rooney
*Attorney's signature*

Chelsea R. Rooney (D.C. Bar No. 1780286)
*Printed name and bar number*

1400 New York Avenue NW
Washington DC 20005
*Address*

chelsea.rooney@usdoj.gov
*E-mail address*

(202) 262-8980
*Telephone number*

*FAX number*